**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**Eastern District of Missouri**

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy            06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**  STL Equipment Leasing Co, LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  82 – 4698087

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 4550 Gustine Ave. | |
| Number   Street | Number   Street |
| Saint Louis, MO 63116 | |
| City   State   ZIP Code | City   State   ZIP Code |
| St. Louis City | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number   Street |
| | City   State   ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **STL Equipment Leasing Co, LLC**              Case number *(if known)* _____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. §101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.   District _____  When _____ Case number _____
                                    MM / DD / YYYY
         District _____  When _____ Case number _____
                                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes.   Debtor _____                        Relationship _____
         District _____                      When _____
                                                        MM / DD / YYYY
         Case number, if known _____

Official Form 201                    Voluntary Petition for Non-Individuals Filing for Bankruptcy                     page **2**

Debtor **STL Equipment Leasing Co, LLC**        Case number *(if known)* _____
　　　　Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　　Number　Street

_____
City　　　　　　　　State　ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
　　　　Contact name _____
　　　　Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49　☐ 50-99　　☐ 1,000-5,000　☐ 5,001-10,000　　☐ 25,001-50,000　☐ 50,000-100,000
☐ 100-199　☐ 200-999　☐ 10,001-25,000　　☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000　　　　　☑ $1,000,001-$10 million　　　☐ $500,000,001-$1 billion
☐ $50,001-$100,000　　☐ $10,000,001-$50 million　　☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000　☐ $50,000,001-$100 million　　☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million　☐ $100,000,001-$500 million　☐ More than $50 billion

Official Form 201　　　　　Voluntary Petition for Non-Individuals Filing for Bankruptcy　　　　　page 3

Debtor **STL Equipment Leasing Co, LLC**
Name

Case number *(if known)*

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **12/16/2024**
MM/ DD/ YYYY

X **/s/ Angelina Twardawa**
Signature of authorized representative of debtor

**Angelina Twardawa**
Printed name

Title **Manager**

**18. Signature of attorney**

X **/s/ Andrew Magdy**
Signature of attorney for debtor

Date **12/16/2024**
MM/ DD/ YYYY

**Andrew Magdy**
Printed name

**Schmidt Basch, LLC**
Firm name

**1034 S. Brentwood Blvd. 1555**
Number    Street

**Saint Louis**
City

**MO**
State

**63117**
ZIP Code

**(314) 721-9200**
Contact phone

**amagdy@schmidtbasch.com**
Email address

**60390**
Bar number

**MO**
State

Official Form 201                    Voluntary Petition for Non-Individuals Filing for Bankruptcy                    page **4**

Angelina Twardawa
13285 Fairoyal Dr.
Saint Louis, MO 63131

Angie's Transportation, LLC
4550 Gustine Ave.
Saint Louis, MO 63116

BMO Bank
C/o Morgan Fox, Husch Blackwell
8001 Forsyth Blvd. 1500
Saint Louis, MO 63105

Contract Trailers, LLC
3755 Mueller Rd.
Saint Charles, MO 63301

Daimer Truck Financial Services USA LLC
POB 4161
Carol Stream, IL 60197

Daimler Truck Financial Services USA LLC
POB 4161
Carol Stream, IL 60197

Deborah Ashen
217 N. Jefferson St. 601
Chicago, IL 60661

Evan Goldstein
UKS, PC
P. O. Box 231277
Hartford, CT 06123-1277

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Missouri Department of Revenue
General Counsel's Office
POB 475
Jefferson City, MO 65105

Old National Bank
231 S. Bemiston Ave. 550
Saint Louis, MO 63105

Regions Equipment Finance, LLC
C/o Joseph Trad
600 Washington Ave. 2500
Saint Louis, MO 63101

Robert Eggmann
120 S. Central Ave. 1800
Saint Louis, MO 63105

Siemens Financial Services, Inc.
170 Wood Ave. South
Iselin, NJ 08830

Traid Bank
10375 Clayton Rd.
Saint Louis, MO 63131

Angelina Twardawa
13285 Fairoyal Dr.
63131

Angelina Twardawa

United States Attorney
Eastern District of Missouri
111 S. 10th Street
Saint Louis, MO 63102

United States Trustee
111 S. 10th Street 6.353
Saint Louis, MO 63102

Volvo Financial Services
7025 Albert Pick Rd. 105
Greensboro, NC 27402

Webster Capital Finance
POB 330
Hartford, CT 06141

**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
ST. LOUIS DIVISION**

IN RE: **STL Equipment Leasing Co, LLC**                         CASE NO

                                                                 CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  **12/16/2024**          Signature          /s/ Angelina Twardawa
                                                 Angelina Twardawa, Manager